IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al. )
                                       )
                 Plaintiffs, )       Case No. 09 cv 5854
                                         )
                                         )       Judge Kennelly
                                         )
       v. )
                                           )
PROFESSIONAL INSTALLERS, INC. )
                                           )
                 Defendant. )

# Motion for Entry of Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment against the Defendant and in support state:

1.      Plaintiffs filed their complaint seeking an ERISA audit of the Defendant and any found delinquent contributions.

2.      The Court previously entered and Order of Default on January 14, 2010 directing the Defendant to pay $2,628.00 in attorney fees and costs and to submit to and audit. (Exhibit A)

3.      The Plaintiffs audited the books and records of the Defendant to verify that all contributions were submitted. The audit revealed that the Defendant breached the provisions of the Collective Bargaining Agreement by underpaying contributions that are owed to the Trust Funds based upon the hours worked by employees and/or measured by the hours worked by subcontractors during the period May 2008 through December 2008. The contributions owed to the Trust Funds as a consequence of this breach are $5,698.00. (Exhibit B, affidavit of John Libby) (Exhibit C, Audit Report)

4.  The Defendant owes interest on the unpaid ERISA contributions in the amount of $457.75 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Exhibit B)

5.  The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $1,139.60 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit B)

6.  The Defendant owes $3,172.75 for necessary and reasonable audit fees, (Exhibit B), $5,139.00 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (Exhibit D, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that their motion for entry of judgment be granted in the amount of $12,839.35.

Respectively submitted,

s/ DANIEL P. McANALLY
Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
312/251-9700